# CROWE *v.* HARMON.

APPEAL FROM THE SUPREME COURT OF THE TERRITORY OF ARIZONA.

No. 70.    Submitted October 31, 1906.—Decided January 21, 1907.

Decided on authority of *Crowe* v. *Trickey, ante,* p. 228.
71 Pac. Rep. 1125, affirmed.

*Mr. W. C. Keegin, Mr. F. H. Hereford* and *Mr. S. E. Hazzard* for appellant.[1]

*Mr. Eugene S. Ives* for appellees.

MR. CHIEF JUSTICE FULLER: This case is identical in all essential respects with that just decided, and must take the same course.

*Judgment affirmed.*